

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00378-CV

Sandra Lynn **BURGER**,
Appellant

v.

Daryl Glenn **BURGER**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV 15-0000124
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Sandra Lynn Burger.

SIGNED February 1, 2017.

_____
Karen Angelini, Justice